AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Walker, Vaughn R. | 2. Court or Organization<br><br>California Northern | 3. Date of Report<br><br>05/17/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active district | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Saint Francis Foundation |
| 2. President/Director | V R Walker Co |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Walker, Vaughn R.

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Vaughn R. | 05/17/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 5/13/2009 | V R Walker Co Director's Fees | $2,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | European University | June 19-21 | Florence, Italy | Competition Law Conference | Transportation, Food, Lodging |
| 2. | George Mason University | October 2-4 | Alexandria, VA | Judicial Advisory Board | Transportation, Food, Lodging |
| 3 | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Vaughn R. | 05/17/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Farm Credit Services | See Part VIII | P1 |
| 2. Metropolitan Life Insurance Co | See Part VIII | O |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Vaughn R. | 05/17/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Amgen | | None | L | T | | | | | |
| 2. Atmel | | None | | | Sold | 6/1/09 | K | | |
| 3. Bk of the West DDA | A | Int./Div. | J | T | | | | | |
| 4. Cadence Design Systems, Inc | | None | J | T | | | | | |
| 5. Cerus Corp | | None | J | T | | | | | |
| 6. Chevron | D | Dividend | M | T | | | | | |
| 7. Cisco Systems, Inc | | None | L | T | | | | | |
| 8. Citigroup | A | Dividend | J | T | | | | | |
| 9. DB Alex.Brown MMF | A | Dividend | M | T | | | | | |
| 10. E I du Pont | C | Dividend | L | T | | | | | |
| 11. ExxonMobil | C | Dividend | M | T | | | | | |
| 12. Ford Motor Co | | None | L | T | Buy (add'l) | 5/12/09 | K | | |
| 13. General Electric | B | Dividend | J | T | | | | | |
| 14. Intel | D | Dividend | N | T | | | | | |
| 15. Johnson & Johnson | C | Dividend | M | T | | | | | |
| 16. Lowes Co. | A | Dividend | K | T | | | | | |
| 17. Monsanto | | None | K | T | Buy | 11/10/09 | K | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Vaughn R. | 05/17/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. National Coal Corp | | None | J | T | | | | | |
| 19. Nuveen Trust #165 | A | Distribution | J | T | | | | | |
| 20. Paychex, Inc. | A | Dividend | K | T | | | | | |
| 21. ProLogis | A | Dividend | J | T | | | | | |
| 22. Target Corp | A | Dividend | K | T | | | | | |
| 23. T Rowe Price Summit Cash Reserves MMF | A | Dividend | J | T | | | | | |
| 24. United Parcel Service | B | Dividend | L | T | | | | | |
| 25. United Technologies | | None | L | T | | | | | |
| 26. Union Bank of California DDA | A | Interest | J | T | | | | | |
| 27. Wells Fargo & Co. | A | Dividend | L | T | | | | | |
| 28. V R Walker Co | G | Dividend | P1 | U | | | | | |
| 29. Northern Trust Co DDA | | None | K | T | | | | | |
| 30. Northern Trust Co - Anchor MMF | A | Dividend | N | T | | | | | |
| 31. Bk of the West DDA | A | Int./Div. | K | T | | | | | |
| 32. IL-Iroquois Property (Watseka, IL) | | None | K | U | | | | | |
| 33. IN-Remington Properties (Remington, IN) | G | Rent | P1 | U | | | | | |
| 34. CA-Napa Property (Napa, CA) | G | Rent | P1 | U | | | | | |

1. Income Gain Codes    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Vaughn R. | 05/17/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   CA-Stockton Property (Stockton, CA) | G | Rent | P1 | U | | | | | |
| 36. | | | | | | | | | |
| 37. | | | | | | | | | |
| 38. | | | | | | | | | |
| 39. | | | | | | | | | |
| 40. | | | | | | | | | |
| 41. | | | | | | | | | |
| 42. | | | | | | | | | |
| 43. | | | | | | | | | |
| 44. | | | | | | | | | |
| 45. | | | | | | | | | |
| 46. | | | | | | | | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |
| 50 | | | | | | | | | |
| 51. | | | | | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Walker, Vaughn R. | 05/17/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

During 2009, reporting person held investments in his own name and by the following entities: DB Alex Brown LLC, Baltimore, MD, as custodian fbo Vaughn R Walker R-IRA dtd 3/25/1996 and V R Walker Co, an Illinois corporation. At all times during 2009, V R Walker Co was a wholly-owned investment vehicle of the reporting person and owned the assets disclosed in lines 29-35, Part VII.

The IL-Iroquois Property is located in Iroquois County, IL, was acquired in 1965 in a transaction valued at $15,000 and is zoned for residential use. The IN-Remington Properties are tracts located in Benton and Jasper counties, IN, zoned for agricultural, industrial and roadside service uses and consist of agricultural lands, an equipment storage building, natural gas storage facility, telecommunications transmission facility and advertising facilities; these properties were acquired in various transactions totalling $3,009,765 (net of certain real estate assets transferred in exchange) on March 1, 1989; February 28, 1991; January 15, 1992; July 20. 1993; January 20, February 19 and October 9, 1994; December 30, 1999; and December 6, 2006. During 2009, the agricultural lands were leased to Remington Ag Partnership, LLP, and the building to Remington Hybrid Seed Co, Inc, both of Remington, IN; the gas storage facility to Vectren, Inc, Evansville, IN; the telecommunications facility to Global Signal Acquisition II. LLC, Sarasota, FL, and the advertising facility to Burkhart Advertising,, Inc, South Bend, IN The CA-Stockton Property is a commercial property, leased during 2009 to Greyhound Lines, Inc, Dallas, TX, and was acquired in an exchange transaction valued at $1,970,000 on September 10, 2007. The CA-Napa Property is a commercial building, leased during 2009 to Talbots, Inc, Hingham MA, Charles Custodio d/b/a Trahan Vineyards, Rutherford, CA and Ted Osborne d/b/a Olabisi Wines, Calistoga, CA, and was acquired in an exchange transaction valued at $2,065,000 on December 10, 2007.

At year-end 2009, V R Walker Co had indebtedness to Farm Credit Services, Milwaukee, WI, in the principal amount of $1,750,352.84 net of funds held on deposit; reporting person is a guarantor of that indebtedness which is secured by some of the IN-Remington Properties. In addition, the company maintained an unsecured revolving credit line with Farm Credit Services in the amount of $500,000, with a zero balance at year-end 2009. V R Walker Co also had outstanding indebtedness to Metropolitan Life Insurance Co, New York, NY, in the amount at year-end of $760,208.33; reporting person is a guarantor of that indebtedness which is secured by some of the IN-Remington Properties.

Reporting person maintains an unsecured personal line of credit in the amount of $1,500,000 and an equity line of credit secured by real estate in the amount of $1,520,000 at Bank of the West, San Francisco, CA. As of year-end 2009, each of these lines had a zero balance.

Saint Francis Foundation, referred to in line 1, Part I, is a charitable foundation associated with Saint Francis Memorial Hospital, San Francisco, CA, which in turn is part of the Catholic Healthcare West medical organization. Reporting person disclaims a beneficial interest in any of the foundation's assets and receives no compensation or other remuneration from the foundation or any entities with which it is affiliated.

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Vaughn R. | 05/17/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544